UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RICHARD METZGER,

    Plaintiff,                                    Case No. 3:23-cv-232

vs.

ALLSTATE VEHICLE AND PROPERTY     District Judge Michael J. Newman
INSURANCE COMPANY,                         Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

March 22, 2024                                              s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge